## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BETTY J. LONG,                    :    Civil No. 4:24-CV-02140
                                  :
    Plaintiff,        :
                                  :
    v.                :
                                  :
THE INTERNAL REVENUE              :
SERVICE,                          :
                                  :
    Defendant.        :    Judge Jennifer P. Wilson

### **<u>MEMORANDUM</u>**

Before the court is the report and recommendation of United States
Magistrate Judge Phillip J. Caraballo recommending that the complaint be
dismissed and this case closed because Plaintiff has failed to prosecute this case.
(Doc. 8.)  No party has filed objections to the report and recommendation,
resulting in the forfeiture of de novo review by this court.  *Nara v. Frank*, 488 F.3d
187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d
Cir. 1987)).

Following an independent review of the report and record, and affording
"reasoned consideration" to the uncontested portions of the report, *EEOC v. City of
Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at
879), to "satisfy [the court] that there is no clear error on the face of the record,"
Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Judge
Caraballo's analysis is well-reasoned and fully supported by the record and

1

applicable law.  Accordingly, the court will adopt the report and recommendation,

Doc. 8, dismiss the complaint without prejudice, Doc. 1, and close this case.  An

appropriate order follows.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: July 13, 2026