**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

BETTY J. LONG,                          :     Civil No. 4:24-CV-02140
                                        :
    Plaintiff,                  :
                                        :
    v.                          :
                                        :
THE INTERNAL REVENUE                    :
SERVICE,                                :
                                        :
    Defendant.                  :     Judge Jennifer P. Wilson

## ORDER

**AND NOW**, on this 13th day of July, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1)  The report and recommendation, Doc. 8, is **ADOPTED**.

2)  Plaintiff's complaint, Doc. 1, is **DISMISSED WITHOUT PREJUDICE**.

3)  The Clerk of Court is directed to close this case.


s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania